UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| E-BEAM SERVICES, INC., | : | CIVIL ACTION NO. 08-4548 (MLC) |
| Plaintiff, | : | **O R D E R** |
| v. | : | |
| XL FOAM, LLC, | : | |
| Defendant. | : | |

**THE COURT** ordering the defendant to show cause why the action should not be remanded to state court for lack of jurisdiction under 28 U.S.C. § 1332 (dkt. entry no. 19); and the defendant, in response, demonstrating that (1) it is deemed to be a citizen of Rhode Island only, and (2) the plaintiff is deemed to be a citizen of New Jersey and possibly Ohio (dkt. entry no. 20); and the defendant, for the purposes of the Court's order to show cause, demonstrating that there is jurisdiction here; and for good cause appearing;

**IT IS THEREFORE** on this     11th     day of December, 2008 **ORDERED** that the Court's order to show cause (dkt. entry no. 19) is **VACATED**.

                                        s/ Mary L. Cooper
                                        **MARY L. COOPER**
                                        United States District Judge